# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS INGRASSIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:11CV2062 AGF |
| | ) | |
| KEITH SCHAFER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. Plaintiff filed this action on November 25, 2011, against more than fifty-eight defendants. For over a year, the Court has dealt primarily with finding the defendants who survived frivolity review and serving them with process. It has taken over a year for some of the defendants to provide the Court with responsive pleadings. At this time, four defendants – Rodney Rangel, Susan Zoenthoefer, Ron Scharer, and Bryan Smith – have not yet been served because plaintiff has not provided the Court with their current addresses.

Rule 4(m) permits the Court to dismiss an action against a defendant without prejudice if a defendant is not served within 120 days after a complaint is filed. Plaintiff shall show cause within fourteen days of the date of this order why these four defendants should not be dismissed under Rule 4(m). If plaintiff fails to show adequate cause, the Court will dismiss these four defendants without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall show cause why defendants Rodney Rangel, Susan Zoenthoefer, Ron Scharer, and Bryan Smith should not be dismissed from this action without prejudice for lack of timely service.

Dated this 28th day of December, 2012.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE