# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS J. INGRASSIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:11CV02062 AGF |
| | ) | |
| KEITH SCHAFER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on pro se Plaintiff's motion for the appointment of

an expert medical witness.   Plaintiff is proceeding in forma pauperis in this action for

damages resulting from injuries allegedly caused by Defendants while he was

incarcerated.  Citing Federal Rule of Evidence 706, and stating that he does not have the

financial means to pay for an expert witness, Plaintiff asks the Court to appoint a medical

expert to testify on his behalf.

Rule 706 provides for the appointment of an expert witness with the costs of such

appointment shared by the parties at the Court's discretion.   Fed. R. Evid. 706(c)(2).

Courts in this circuit addressing the payment of expert fees by the judiciary have

uniformly held that the Court is not authorized to pay such fees.  *See, e.g., Vogel v.

Turner*, No. 11-0446 (PJS/JJG), 2013 WL 358874, at *10 (D. Minn. Jan. 8, 2013); *Reyna

v. Weber*, No. 11-4044, 2012 WL 2999768, at *2 (D.S.D. June 29, 2012); *Holloway v.

Lott*, No. 4:08-cv-00821-GTE, 2009 WL 2778665, at *1 (E.D. Ark. Aug. 28, 2009).  The

plain language of 28 U.S.C. § 1915, which provides the framework for litigants proceeding in forma pauperis, does not provide for court authorization and payment of expert witnesses.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for appointment of a medical expert witness is **DENIED**.  (Doc. No. 72.)

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 3rd  day of June, 2013.