UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THOMAS J. INGRASSIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:11-CV-02062-AGF |
| ) | |
| KEITH SCHAFER, et al., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER VACATING TRIAL SETTING

This matter came before the Court with respect to the current trial setting. Through no fault of any party or counsel, the parties are unable to proceed to trial on the scheduled date of January 25, 2016, because the private court reporter has been unable to complete the deposition transcripts, which are necessary for trial preparation. The Court held several telephone conferences with counsel, at which counsel agreed that the trial setting will need to be continued. Unfortunately, new lead counsel will need to be appointed to represent the Plaintiff, as his current appointed counsel is changing his employment and the new position will preclude his continued representation of Plaintiff after January 31, 2016.

By agreement of the parties and for good cause shown,

**IT IS HEREBY ORDERED** that the trial setting of January 25, 2016 is hereby **vacated**, and shall be reset following the appointment of new lead counsel for Plaintiff. Projected trial dates are April 25, 2016 or June 13, 2016. With consent of Defendants, the Court will coordinate with Plaintiff's current attorney, Mr. Ryals, to secure appropriate substitute counsel.

**IT IS FURTHER ORDERED** that between now and January 25, 2016, the parties shall

continue to engage in good faith settlement discussions to attempt to settle some or all of the claims asserted by Plaintiff.

Dated this 14th day of January, 2016.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE