# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS J. INGRASSIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:11CV02062 AGF |
| | ) | |
| KEITH SCHAFER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

Following the pretrial conference held in this case on July 14, 2016, and continuing on June 21, 2016, and for the reasons stated by the Court on the record during the conference,

**IT IS HEREBY ORDERED**, in light of the continuation of the trial setting, that Plaintiff's motion (Doc. No. 182) for leave to subpoena production of written policies relevant to this action **is hereby reconsidered and is GRANTED in part**, to the extent that within 21 days of the date of this Order, Defendants shall produce any written policies of the Missouri Department of Mental Health and/or SORTS specific to restraining, touching (including conducting pat-down or strip searches), and secluding residents at SORTS, that were in effect during the time frame covered by Plaintiff's claims. Any documents produced may be shown to Plaintiff, but not retained by him in

any form.  Defendants may file a motion for a more restrictive Protective Order if deemed necessary.

*Audrey G. Fleissig*

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 21st day of June, 2016.